# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL MARSHALL                                                    PLAINTIFF
#6899-19
v.                        No. 4:19-cv-629-DPM-BD

ERIC HIGGINS, Warden, Pulaski County
Detention Center; DOES, Commissary,
Federal Government, Marshals Office;
PULASKI COUNTY DETENTION
CENTER; WATERS, Sergeant; EZELL,
Sergeant; RAMSEY, Deputy; ADAMS,
Deputy; and ROBINSON, Deputy                                        DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 14. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Marshall's claims against Higgins and the Doe Defendants are dismissed without prejudice, as are his claims about commissary charges. His claims about the grievance procedure and his claims against the Pulaski County Detention Center are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019