# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL MARSHALL,
#6899-19                                                              PLAINTIFF

v.                        No. 4:19-cv-629-DPM

WATERS, Sergeant; EZELL, Sergeant;
WILLIAM RAMSEY, Deputy; ADAMS,
Deputy; and ROBINSON, Deputy                                          DEFENDANTS

## ORDER

Marshall hasn't responded to the pending recommendation. The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 30*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Marshall's claims will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 March 2020