IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL MARSHALL,
#6899-19                                                                PLAINTIFF

v.                      No. 4:19-cv-629-DPM

ERIC HIGGINS, Warden, Pulaski
County Detention Center; DOES,
Commissary, Federal Government,
Marshals Office; PULASKI COUNTY
DETENTION CENTER; WATERS,
Sergeant; EZELL, Sergeant; WILLIAM
RAMSEY, Deputy; ADAMS, Deputy;
and ROBINSON, Deputy                                        DEFENDANTS

## JUDGMENT

Marshall's claims against the Pulaski County Detention Center are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 March 2020